IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00386-WYD-MEH

JOSEPH C. LANIER, III,

      Plaintiff,

v.

JUDGE WILLIAM B. SYLVESTER, in his personal capacity,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 4, 2008.**

      Plaintiff's Unopposed Motion to Alter or Amend Court's Order of May 27, 2008 [filed June 3, 2008; docket #18] is **granted**. Plaintiff's response to the Motion to Dismiss is accepted as filed on May 30, 2008.