IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-00386-CMA-MEH

JOSEPH C. LANIER III,

    Plaintiff,

v.

JUDGE WILLIAM B. SYLVESTER, in his personal capacity,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING JUNE 11, 2008 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the recommendation by the Magistrate Judge that Defendant's Motion to Dismiss (Doc. # 7) be granted.

Timely objections and responses have been filed in this matter. In light of the objections to it, I have reviewed *de novo* the recommendation as well as the file and record in this case. On *de novo* review, I find and conclude that the Magistrate Judge's thorough and comprehensive analysis and recommendation are correct. Accordingly,

IT IS ORDERED that the Recommendation on Defendant's Motion to Dismiss (Doc. # 21) is ACCEPTED and the above-captioned matter is DISMISSED under F.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted.

DATED: November 4th, 2008.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge